UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESWIN BALAN GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN J. DOERER,<br><br>Respondent. | No. CV 23-02679-ODW (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) granting Respondent's Motion to Dismiss, and (2) dismissing the Petition without prejudice for failure to exhaust administrative remedies.

Date: September 20, 2023

_____
OTIS D. WRIGHT, II
United States District Judge