JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESWIN BALAN GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN J. DOERER,<br><br>Respondent. | No. CV 23-02679-ODW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and the Petition is dismissed without prejudice for failure to exhaust administrative remedies.

Date: September 20, 2023

_____
OTIS D. WRIGHT, II
United States District Judge